People v Murillo (2024 NY Slip Op 50641(U))

[*1]

People v Murillo (Yubeiker)

2024 NY Slip Op 50641(U) [83 Misc 3d 127(A)]

Decided on May 30, 2024

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 30, 2024
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Brigantti, J.P., James, Perez, JJ.

570633/16

The People of the State of New
York, Respondent,
against
Yubeiker Murillo,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
New York County (Stephen Antignani, J.), rendered August 17, 2016, after a nonjury
trial, convicting him of attempted assault in the third degree and harassment in the
second degree, and imposing sentence.

Per Curiam.
Appeal from judgment of conviction (Stephen Antignani, J.), rendered August 17,
2016, held in abeyance, and the matter remitted to Criminal Court for a
Wade/Rodriguez hearing regarding the victim's identification testimony.
A hearing is necessary to determine whether the victim's identification of defendant
was confirmatory in nature (see People v Rodriguez, 79 NY2d 445 [1992]) and,
if not, whether the identification procedure was unduly suggestive (see People v
Dixon, 85 NY2d 218 [1995]). Given the procedural circumstances, the parties did
not have a full opportunity to litigate this issue. Accordingly, we hold the appeal in
abeyance and remit for a hearing.
All concur
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: May 30, 2024